UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
        Plaintiff(s),

v.

Account xxx6926 Located at PNC Bank
in the name of Mon Amour Inc., et al.,
        Defendant(s).

Case No. 1:11cv20
(J. Weber ; Litkovitz, M.J.)

### ORDER

    This matter is before the Court on the parties submission of a joint status report pursuant to this Court's Order dated September 1, 2011. (Doc. 14). The parties joint status report indicates that the state court criminal proceedings have been resolved, therefore, the stay in this action should be lifted. For good cause shown, the parties joint request that the stay in this matter be lifted is **hereby Granted**.

    The defendant Mon Amour, Inc's is directed to file its answer or responsive pleading within (20) days of the filing of this Order.

**IT SO ORDERED**.

_6/14/12_
Date

KAREN L. LITKOVITZ
U.S. Magistrate Judge

awh    June 14, 2012