UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>CONTENTS OF PNC BANK ACCOUNT<br>NO. XXX6926 IN THE NAME OF MON<br>AMOUR, INC., et al.,<br>DEFENDANTS. | CASE NO.: 1:11-cv-20<br><br><br>SENIOR JUDGE WEBER<br>MAGISTRAGE JUDGE LITKOVITZ |

## ORDER

Upon motion of the United States to have the Claim of Nabih Shteiwi ("Shteiwi") (Doc. 8) stricken from the record (Doc. 19), pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), the Court finds that Shteiwi has failed to comply with Supplemental Rule G(5) and has failed to establish statutory standing by not filing his Answer as required by Rule G(5)(b) of the Supplemental Rules and 18 U.S.C. § 983(a)(4)(B). Accordingly, the United States' Motion is well taken.

Therefore, IT IS HEREBY ORDERED that the Claim (Doc. 8) is stricken from the record.

Karen L. Litkovitz
UNITED STATES MAGISTRATE JUDGE