UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff

   v.                                                C-1-11-20

CONTENTS OF PNC BANK ACCOUNT
NO. XXX6926 IN THE NAME OF MON
AMOUR, INC., *et al.*,

   Defendants

NABIH SHTEIWI,

   Claimant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 30) to which no one has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 30) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. In accordance with Fed. R. Civ. P. 55(b)(2), 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, a default judgment is GRANTED to the United States against Nabih Shteiwi; Defendant 3, which is Five Thousand Three Hundred and Ninety-Five Dollars ($5,395.00) in United States Currency; and all other persons and entities who might have an interest in Defendant 3 for failure to file a claim and answer.

It is further ORDERED that the CLERK enter a Decree of Forfeiture, pursuant to 18 U.S.C. § 981(a)(I)(A) and/or§ 98I(a)(I)(C), confirming in the United States all right, title, and interest in Defendant 3 and ordering the United States Department of Homeland Security to dispose of Defendant 3 in accordance with the law.

3

This case is **RECOMMITTED** to the United States Magistrate Judge for further proceedings according to law.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court

J:\DOCUMENT\PRISONER\11-20 - R&R-NO OBJ - RECOMMIT.docx