UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff

v.  C-1-11-20

CONTENTS OF PNC BANK ACCOUNT
NO. XXX6926 IN THE NAME OF MON
AMOUR, INC., *et al.*,

Defendants

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 45) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 45) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Plaintiff's Motion for Summary Judgment (doc. no. 4) is GRANTED.

Accordingly, it is ORDERED that the CLERK enter a Decree of Forfeiture, pursuant to 18 U.S.C. § 981(a)(l)(A) and/or§ 98l(a)(l)(C), confirming in the United States all right, title, and interest in defendant no. 1, Contents of PNC Bank Account No. xxx6926 in the Name of Mon Amour, Inc., and defendant no. 2, Eleven Thousand Six Hundred Fifty-One Dollars ($11,651.00), and ordering the United States Department of Homeland Security to dispose of defendants 1 and 2 in accordance with the law.

IT IS SO ORDERED.

                                               s/Herman J. Weber
                                            Herman J. Weber, Senior Judge
                                            United States District Court